## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ERIC LEE ALLEN**                                                                      **PLAINTIFF**
*ADC #106177*

**v.**                              **No: 4:26-cv-00386-JM-PSH**


**TIM FARMER,** *et al.*                                                          **DEFENDANTS**

### ORDER

Plaintiff Eric Lee Allen filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 17, 2026, while incarcerated at the Saline County Detention Center (Doc. No. 2).  On April 21, 2026, U.S. Magistrate Judge Patricia S. Harris entered an order directing Allen to file an amended complaint within 30 days to clarify his claims. *See* Doc. No. 3.  Allen was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case. *Id.*  Allen has not timely filed an amended complaint in accordance with Judge Harris's order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Allen's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE