## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ERIC LEE ALLEN**                                                              **PLAINTIFF**
*ADC #106177*

**v.**                                    **No: 4:26-cv-00386-JM**


**TIM FARMER,** *et al.*                                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case without

prejudice.

DATED this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE